**Order entered November 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01539-CR

### JERRY WILLIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F-1370137-T**

## ORDER

We **GRANT** Nanette Hendrickson's March 27, 2014 motion to withdraw as attorney of record on appeal. WE **DIRECT** the Clerk of the Court to remove Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jerry Willis, #01892910, McConnell Unit, 3001 S. Emily Drive, Beeville, Texas 78102.

/s/    DAVID L. BRIDGES
        JUSTICE